UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWYLA KING,

      Plaintiff,

v.

NATIONAL PROFESSIONAL
STAFFING, LLC, *et al.*,

      Defendants.

Case No. 2:20-cv-10400
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

_____/

# STATUS CONFERENCE ORDER GUIDING DISCOVERY OUTLINED IN ECF NO. 52

This lawsuit arose from a dispute surrounding Defendants' classification and compensation of security guards such as Plaintiff. (*See* ECF No. 1.) The parties encountered disagreements during the course of discovery, leading Plaintiff to file a motion (ECF No. 43) for an order to Defendant Prudential Security, Inc. (Prudential) to show cause. In their joint list of unresolved issues for that motion, the parties agreed, *inter alia*, that:

> Prudential will make available for copying at its office all invoices and 1099s to/from subcontractors/subcontracting entities who placed security officers in the State of Michigan. Prudential will make these documents available for Plaintiff to copy at her expense. Prudential will make these documents available for copying for Plaintiff no later than Tuesday, June 2, 2021.

(ECF No. 53, PageID.484.)

Further discord among the parties related to the execution of the above language necessitated a video status conference with the Undersigned on July 9, 2021. Pursuant to discussions at the status conference, it is hereby **ORDERED** that Defendant Prudential make the above referenced documents available for copying at their office no later than **Friday, July 16, 2021**, and that Plaintiff engage a copy service (at Plaintiff's expense) to retrieve, Bates-stamp and copy the documents, and return the originals to Defendant Prudential. Defendant Prudential shall be entitled to a photocopied set of these Bates-stamped documents at its own expense.

**IT IS SO ORDERED.**

Dated: July 12, 2021

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE