UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWYLA KING,

        Plaintiff,

v.

NATIONAL PROFESSIONAL
STAFFING, LLC, *et al.*,

        Defendants.

_____/

Case No. 2:21-cv-11345
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

## ORDER TO SHOW CAUSE IN PERSON

This matter came before the Court for consideration of Plaintiff's August 19, 2021 motion for order directing non-party Elisha Hall to show cause for failure to appear at his deposition pursuant to Fed. R. Civ. P. 45. (ECF No. 84.) Judge Cox referred this motion to me for a hearing and determination. (ECF No. 87.)

The Court **ORDERS** that non-party Hall **SHOW CAUSE IN PERSON** on **Friday, September 17, 2021 at 12:00 p.m. in the Undersigned's courtroom on the 6th floor of the Theodore Levin U.S. Courthouse at 231 West Lafayette BLVD, Detroit, Michigan 48226**, as to why he should not be held in contempt for failure to appear at his deposition. Plaintiff's counsel is **DIRECTED** to serve non-party Hall with a copy of this order by regular mail and overnight courier, and file

certification of such service with the Court, by **Thursday, September 9, 2021**, and must inform the Court prior to the hearing whether the hearing remains necessary.

   **IT IS SO ORDERED.**

Dated: September 8, 2021

                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE