UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Twlya King,

      Plaintiff,

v.                                                          Case No. 20-10400

National Professional Staffing, LLC, *et al.*,          Sean F. Cox
                                                        United States District Court Judge

      Defendants.

_____/

## ORDER ADOPTING
## 9/20/21 REPORT AND RECOMMENDATION

Plaintiff filed a "Motion For Order Directing Elisha Hall To Show Cause For Failure To Appear," (ECF No. 84) and this Court referred the motion to Magistrate Judge Anthony P. Patti.

In a Report and Recommendation ("R&R") issued on September 20, 2021, the magistrate judge "recommends that Plaintiff's request for contempt (ECF No. 84) be GRANTED and that the Court either order Hall to appear before Judge Cox voluntarily or issue a warrant for his arrest as necessary." (R&R, ECF No. 93, at 5).

The time permitted for objections to the R&R has passed and no objections have been filed. The Court hereby **ADOPTS** the R&R and **GRANTS** Plaintiff's motion. The Court shall issue an appropriate order (as proposed by Plaintiff's counsel) (ECF No. 84-6) forthwith.

    **IT IS SO ORDERED.**

                              s/Sean F. Cox_____
                              Sean F. Cox
                              United States District Judge

Dated:  October 8, 2021