UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Twyla King,

    Plaintiff,

v.                                                 Case No. 20-10400

National Professional Staffing, LLC, *et al.*,     Sean F. Cox
                                                     United States District Court Judge

    Defendants.
_____/

## ORDER REGARDING PLAINTIFF'S
## MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS NPS AND DOUGLAS

On February 14, 2020, Plaintiff Twyla King filed a "Collective Action Complaint," asserting claims under the federal Fair Labor Standards Act ("FLSA") against the following four Defendants: 1) National Professional Staffing, LLC ("NPS"); 2) Prudential Security, Inc. ("Prudential"); 3) Carol Douglas ("Douglas"); and 4) Derek Wroblewski ("Wroblewski"). Plaintiff's Collective Action Complaint states that "[t]his is a collective action brought on behalf of individuals who perform or have performed security guard services at residences and businesses for Defendants National Professional Staffing, LLC and Prudential Security, Inc. in the State of Michigan and who are classified by Defendants as independent contractors." (ECF No. 1 at 1-2).

Plaintiff sought, and obtained, a Clerk's Entry of Default against Defendants NPS and Douglas on July 30, 2020. (*See* ECF Nos. 13-16). Although an attorney entered an appearance on their behalf (who subsequently sought to withdraw), no motion seeking to set aside the Clerk's Entries of Default was ever filed on behalf of either Defendant NPS or Defendant

1

Douglas.

On July 29, 2021, Plaintiff filed a "Motion To Enter Default Judgment Against Defendants National Professional Staffing, LLC And Carol Douglas." (ECF No. 78). In it, Plaintiff requests that the Court enter a default judgment as to both NPS and Douglas. But Plaintiff recognizes that the amount of damages cannot be determined at this time. As such, Plaintiff requests that, at a later stage in this litigation, the Court should "conduct a hearing to determine the amount of damages, interest, costs and attorney's fees" that should be awarded against the various Defendants.

No response in opposition to this motion has been filed and the Court concludes that oral argument is not warranted.

Given the procedural posture of this action, and the nature of Plaintiff's claims against Defendants in this action, the Court hereby GRANTS Plaintiff's motion to the extent that the Court ORDERS that: 1) a default judgment shall be entered against Defendants NPS and Douglas with respect to Plaintiff's claims in this matter; and 2) at a later stage in this litigation, Plaintiff may file a new motion seeking entry of an amended default judgment as to NPS and Douglas, and request a hearing as to damages, costs, and attorney fees.

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: February 8, 2022