UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Twyla King,

    Plaintiff,

v.    Case No. 20-10400

National Professional Staffing, LLC, *et al.*,    Sean F. Cox
    United States District Court Judge

    Defendants.
_____/

## DEFAULT JUDGMENT
## AGAINST DEFENDANTS NPS AND DOUGLAS ONLY

    A default judgment is hereby entered against Defendants National Professional Staffing, LLC ("NPS") and Carol Douglas ("Douglas") with respect to the claims in this matter. At a later stage in this litigation, Plaintiff may file a new motion seeking entry of an amended default judgment as to NPS and Douglas, and may request a hearing as to damages, costs, and attorney fees.

                                           s/Sean F. Cox
                                           Sean F. Cox
                                           United States District Judge

Dated: February 8, 2022