UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWYLA KING, individually
And on behalf of similarly situated
persons,

        Plaintiff,

v.

NATIONAL PROFESSIONAL
STAFFING, LLC, ET AL.,

        Defendants.

Case No. 2:20-cv-10400

Hon. Sean F. Cox

Magistrate Judge Anthony P. Patti

## CONSENT ORDER AND JUDGMENT

THE COURT, having reviewed and granted Plaintiff's Unopposed Motion for Settlement Approval of FLSA Settlement and for Attorneys' Fees and Costs and the Settlement Agreement between the Parties, FINDS and ORDERS as follows:

### FINDINGS

1. On July 29, 2022, the Parties entered into a written Settlement Agreement ("Settlement Agreement"), providing for a Judgment against Defendants National Professional Staffing, LLC ("NPS"), Carol Douglas ("Douglas") and Derek Wroblewski ("Wroblewski"), jointly and severally, to Plaintiffs and the FLSA Collective in the sum of Two Hundred Thousand Dollars and Zero Cents ($200,000.00) (the "Judgment Settlement Amount").

2. NPS is competent to enter into a Consent Judgment.

3. Douglas is competent to enter into a Consent Judgment.

4. Wroblewski is competent to enter into a Consent Judgment.

5. NPS, Douglas, and Wroblewski, jointly and severally, are liable to Plaintiff and the FLSA Collective in the amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00), plus post-judgment interest in the amount of 5% accruing from the date of this Order forward until this Judgment is paid in full, pursuant to the Parties' Settlement Agreement.

6. Plaintiffs are entitled to recover from NPS, Douglas, and Wroblewski, jointly and severally, their reasonable attorneys' fees and costs required to effectuate this Order.

## **ORDER**

JUDGMENT is entered in favor of Plaintiff Twyla King and Opt-in Plaintiffs and against Defendants NPS, Douglas, and Wroblewski, jointly and severally, in the amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00), plus post-judgment interest in the amount of 5% accruing from the date of this Order until this Judgment is paid in full, and reasonable attorneys' fees and costs required to effectuate this Order.

The Court does not retain jurisdiction.

Dated:  November 3, 2022                                s/Sean F. Cox
                                                                            Sean F. Cox
                                                                            U. S. District Judge